IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:98CR43 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to amend his conditions of supervised release (Filing No. 145).

IT IS ORDERED that the Defendant's motion to amend his conditions of supervised release (Filing No. 145) is denied.

DATED this 17th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge