**In the United States District Court**
**For the District of Nebraska**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:98CR43 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| **ARTURO MORENO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on the Motion of the Defendant for an order to seal certain document (Filing No. 147).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED:

1. The Defendant's Motion for an order to seal certain document (Filing No. 147) is granted; and

2. The document named in Defendant's Motion to Seal Certain Document shall be filed under seal.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge